JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| KEVIN A. KING, | No. SA CV 10-829-CAS (PLA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Report and Recommendation.

DATED: November 22, 2010

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE